

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### (Western Division – Los Angeles)

CASE NO.: 2:24-cv-08003-JLS-JC

CHARLES J. GELETKO, individually,
And on behalf of all others similarly situated

        Plaintiffs,

vs.

JERICO PICTURES, INC.

        Defendant,
_____/

## SUGGESTION OF BANKRUPTCY

COMES NOW, Defendant, JERICO PICTURES, INC. d/b/a/ NATIONAL PUBLIC DATA ("Defendant"), by and through their undersigned attorney, and would show the Court:

1. JERICO PICTURES, INC. filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Southern District of Florida, which bears the case number: **24-20281-SMG**.

2. Relief was ordered on October 2, 2024.

3. This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4. This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

WHEREFORE, Jerico Pictures, Inc., suggests that this action has been stayed by the operation of 11 U.S.C. §362.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished on this 5th Day of October, 2024, via email to Kiley Lynn Grombacher, Bradley Grombacher, LLP, 31365 Oak Creek Drive, Suite 240, Westlake Village, CA 91361 by email at kgrombacher@bradleygrombacher.com.

**KELLEY KRONENBERG**
*Bankruptcy Counsel for the Defendant*
10360 West State Road 84
Fort Lauderdale, FL 33324
Telephone: 954-370-9970
Fax: 954-382-1988
Primary Email: agasparri@kelleykronenberg.com
Secondary Email: aagaeservice@kelleykronenberg.com

By: */s/ Angelo A. Gasparri II*
ANGELO A. GASPARRI II, ESQ.
   Florida Bar No: 32158

TO: The Clerk of the Court of United District Court
    Central District of California

Please find enclosed a true and correct copy of our Suggestion of Bankruptcy to be filed on the docket for the following case:

CASE NUMBER: 2:24-cv-08003-JLS-JC

CASE STYLE: Jenkins, et al v Jerico Pictures, Inc.

The filing is made on behalf of the defendant Jerico Pictures Inc., d/b/a National Public Data.

If possible, we would appreciate confirmation of this filing to be mailed to us at Kelley Kronenberg-AAG UNIT, 10360 W. State Road 84, Fort Lauderdale, FL 33324.



PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE®

PRIORITY® MAIL

- Expected delivery date specified fo
- Domestic shipments include $100 o
- USPS Tracking® service included fo
- Limited international insurance.**
- When used internationally, a custon

*Insurance does not cover certain items. For de
Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.us

FLAT RATE ENVE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSUR

PS00001000014

P

US POSTAGE IMI 863841008180310 2000392381
$10.45
SSK
PM
10/08/24 Mailed from 33436 028W2312154

PRIORITY MAIL®

ANGELO GASPARRI
KELLEY KRONENBERG
10360 W STATE ROAD 84
FORT LAUDERDALE FL 33324

2.10 oz
RDC 03

RECEIVED
CLERK U.S. DISTRICT COURT
OCT 15 2024
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

EXPECTED DELIVERY DAY: 10/

N

SHIP TO:
US DISTRICT COURT CENTRAL DISTRICT
255 E TEMPLE ST
LOS ANGELES CA 90012-3332

USPS TRACKING® NUMBER

9505 5065 9856 4282 5639 62

FROM:

UNITED STATES POSTAL SERVICE® PRIORITY® MAIL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Angelo A. Gasparri, Esq.
Kelley Kronenberg
10360 W. State Road 84
Fort Lauderdale, FL 33324

CV

TO: United States District Court
Central District of California
Western Division - Los Angeles
Edward R. Roybal Federal
Building & U.S. Courthouse
255 E. Temple Street
Los Angeles, CA 90012-3332

Label 228, December 2023 FOR DOMESTIC AND INTERNATIONAL USE

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.



**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.